UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GRADY HUDSON,  )<br>   Plaintiff,  )<br>  )<br>-v-  )<br>  )<br>KATIE MAYNARD, et al.,  )<br>   Defendants.  )<br>_____) | No. 1:09-cv-185<br><br>HONORABLE PAUL L. MALONEY |

### **JUDGMENT**

Having granted Defendants' motion for summary judgment, having denied Plaintiff's motion for summary judgment, and having dismissed all claims against Defendants, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:   July 29, 2011               /s/ Paul L. Maloney
                                    Paul L. Maloney
                                    Chief United States District Judge